Case 2:17-cv-06487-JS-AYS Document 28 Filed 05/02/19 Page 1 of 1 PageID #: 96

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Luis Rivera, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

Lamont, Hanley & Associates, Inc.,

        Defendant.

FILED
CLERK
5/9/2019 1:50 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

Docket No: 2:17-cv-06487-JS-AYS

ORDER

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: April 30, 2019

| | |
|---|---|
| **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** | **BARSHAY SANDERS, PLLC** |
| By: /s Joseph Francoeur<br>Joseph Francoeur, Esq.<br>150 E 42nd Street<br>New York, New York 10017<br>Tel: (212) 490-3000<br>*Attorneys for Defendant* | By: /s Craig B. Sanders<br>Craig B. Sanders<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email: *ConsumerRights@BarshaySanders.com*<br>Our File No: 113512<br>*Attorneys for Plaintiff* |

The Clerk of the Court is directed to mark this case CLOSED.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: May 9, 2019
Central Islip, NY